Alfred H. Blackall et al., Successors, etc., Impl'd. etc., v. Charles H. Hayden.

[Opinion filed July 27, 1887.]

Appeal from the Circuit Court of Cook County; the Hon. Cyrus Epler, Judge, presiding.

Messrs. Morton Culver and Geo. L. Thatcher, for appellants.

*Per Curiam.* Mechanic's lien—Decree for material-men, affirmed on the evidence.

---

E. N. Hurlbut v. Leon Weil et al.

[Opinion filed July 27, 1887.]

Appeal from the Superior Court of Cook County; the Hon. Kirk Hawes, Judge, presiding.

Messrs. D. Blackman and Nolan & Taylor, for appellant.

Messrs. Payne, Porter & Russell, for appellees.

*Per Curiam.* Action for damages on injunction bond—Attorney's fees—Allowance of $150—Conflict of evidence—Affirmed.